■ In the Matter of FERNANDO L., Appellant. HOWARD SOVRONSKY, Respondent. [785 NYS2d 719]—In a proceeding pursuant to Mental Hygiene Law § 9.60 to authorize assisted outpatient treatment, the appeal is from a judgment of the Supreme Court, Nassau County (Covello, J.), dated December 16, 2003, which, after a hearing, granted the petition.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The judgment authorizing assisted outpatient treatment for a period of six months expired by its own terms in June 2004. It was superseded by a judgment of the same court (Diamond, J.), dated July 6, 2004, from which no appeal was taken, continuing assisted outpatient treatment for a period of 12 months. Accordingly, this appeal is academic and the issues raised are not sufficiently substantial or novel to warrant invoking an exception to the mootness doctrine (*see Matter of David C.*, 69 NY2d 796, 798 [1987]; *Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 713-715 [1980]). Smith, J.P., Crane, Mastro and Skelos, JJ., concur.